IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY T. GREENE,

    Plaintiff,

v.

    Case No. 18-cv-116-wmc

CHAPLAIN TESLIK, MICHAEL MEISNER, CINDY O'DONNELL, KELLI R. WILLARD-WEST, MS. SCHUELER, KEVIN CARR, RYAN BLOUNT, and CHARLES FACKTOR,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

5/27/2021
Date