# United States District Court for the Western District of Wisconsin

## Civil Case No. 18-CV-116

JEREMY T. GREENE,
    Plaintiff,

v.

CHAPLAIN TESLIK, MICHAEL MEISNER, CINDY O'DONNELL, KELLI R. WILLARD-WEST, MS. SCHUELER, KEVIN CARR, RYAN BLOUNT, and CHARLES FACKTOR,
    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Jeremy T. Greene, Plaintiff-Pro Se in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an opinion and order granting the defendant summary judgment of claims brought by Mr. Greene under the RLUIPA, 1st. Amendment (Exercise and Establishment Clauses) and 14th. Amendment (Equal Protection) to the United States Constitution entered in this action on the 6th day of May, 2021. Judgment was entered May 27th, 2021.

*Jeremy T. Greene* 5/31/21

Jeremy T. Greene
Doc # 289582
Waupun Correctional Institution
P.O. BOX 351
Waupun, WI 53963

-1-